# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Rosa Elena Gamboa Bahena** DOB: 2000; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. **21-01788MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 15, 2021, in the District of Arizona, **Rosa Elena Gamboa Bahena**, knowing and in reckless disregard of the fact that certain illegal aliens, including Luis Sanchez-Vazquez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about October 15, 2021, in the District of Arizona (Douglas), a United States Border Patrol Agent (BPA) responded to assist a Cochise County Deputy with a vehicle stop. The deputy stopped a 2016 Kia Sorento near mile post 22 on Davis Road. The BPA was conducting immigration inspections on the four passengers and deputies found one additional passenger hiding inside the trunk. All five passengers admitted being in the U.S. illegally, including Luis Sanchez-Vazquez and Jose Limon-Aguirre. The driver was identified as **Rosa Elena Gamboa Bahena**, a U.S. Citizen.

Records checks revealed that Luis Sanchez-Vazquez and Jose Limon-Aguirre did not have the proper immigration documentation to enter or remain in the U.S. legally. Limon was previously removed from the U.S. on June 21, 2012. Sanchez was identified as material witness. Sanchez said he already paid an initial fee to be smuggled into the United States and was going to pay the rest once he arrived in Colorado. Sanchez said he crossed the border illegally on October 14, 2021 and hid for approximately ten minutes near some houses. Sanchez said that a car arrived and transported him to a white house where there were other noncitizens. Later that night, several other noncitizens arrived at the house. On October 15, 2021, one noncitizen received a cell phone call. The noncitizen told them that they were going to be picked up that morning. A few minutes later, a small blue two door vehicle with a female driver arrived to the house. The driver place three people in the back seat, one in the trunk, and told Sanchez to sit in the front seat. Sanchez said they drove for about one hour. The driver was driving fast and did not make a complete stop at an intersection and the sheriff stopped them. **Bahena** told Sanchez that she was going to say that Sanchez was her uncle. Sanchez identified **Bahena** as the driver in a photo lineup.

In a post-*Miranda* statement, **Bahena** said that she came to Douglas to celebrate her aunt's birthday. While in Douglas, her uncle Luis, a passenger found in her vehicle, asked **Bahena** to transport him and roofing crew to a house in Tucson. **Bahena** agreed to transport her uncle and several other but wanted one to stay behind because she didn't have enough space in her car for everyone. **Bahena** was pressured to allow the fifth person to ride in the trunk and she eventually agreed.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Luis Sanchez-Vazquez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri /ACA/ | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 18, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54